JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARRIE L. HUERTA, | ) | Case No.  1:22-CV-01350-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to May 5, 2023, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel is currently recovering from surgery and has other cases that have already been extended as a consequence.

**Huerta v. Kijakazi**              Stipulation and Order              E.D. Cal. 1:22-cv-01350-BAM

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 28, 2023     JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  February 28, 2023    PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
Social Security Administration

*/s/ L. Jamala Edwards*
L. JAMALA EDWARDS
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

**Huerta v. Kijakazi**          **Stipulation and Order**          **E.D. Cal. 1:22-cv-01350-BAM**

# ORDER

Pursuant to the parties' stipulation and good cause appearing, the deadline for Plaintiff to file her Opening Brief is extended.  Plaintiff shall file her Opening Brief on or before May 5, 2023.  All other dates in the Court's Scheduling Order (Doc. 5.) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **March 1, 2023**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE