JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARRIE L. HUERTA, | ) | Case No.  1:22-CV-01350-BAM |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 15 Days to May 22, 2023, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel fell very ill last week and is currently recovering.

///

////

///

///

///

**Huerta v. Kijakazi**            Stipulation and ~~Proposed~~ Order       E.D. Cal. 1:22-cv-01350-BAM

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 8, 2023                         JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff



Date:  May 9, 2023                        PHILLIP A. TALBERT
                                          United States Attorney
                                          JEFFREY J. LODGE
                                          Assistant United States Attorney
                                          Social Security Administration

                                          */s/ L. Jamala Edwards*
                                          L. JAMALA EDWARDS
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant

///

///

///

///

///

///

///

**Huerta v. Kijakazi**          Stipulation and ~~Proposed~~ Order     E.D. Cal. 1:22-cv-01350-BAM

**ORDER**

On March 2, 2023, the Court issued its Order on the parties' Stipulation for Extension of Time to File Plaintiff's Opening Brief, extending Plaintiff's time to filing her opening brief to May 5, 2023. (Doc. 13.) On May 9, 2023, the parties filed a stipulation and proposed order requesting an extension due to Plaintiff's counsel's illness and recovery. (Doc. 14.)

Pursuant to the parties' stipulation and good cause appearing, Plaintiff shall file her opening brief on or before May 22, 2023. All other dates in the Court's Scheduling Order (Doc. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __May 10, 2023__                    /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE