PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, NVSB No. 14609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE L. HUERTA,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-01350-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from July 6, 2023, up to and including August 21, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel was recently assigned this case along with several other cases due in the next few weeks, and now has fourteen cases due in the next 20 days.  Defendant's counsel will endeavor to complete these tasks as soon as possible.

This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  June 15, 2023              /s/  Jacqueline Anna Forslund*
                                   (*as authorized via e-mail)
                                   JACQUELINE ANNA FORSLUND
                                   Attorney for Plaintiff

Dated: June 20, 2023               PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Social Security Administration

                          By:      /s/  Michelle A. Pavelek
                                   MICHELLE A. PAVELEK
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 21, 2023, to respond to Plaintiff's Motion for Summary Judgment.
IT IS SO ORDERED.

Dated:   **June 20, 2023**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 1:22-cv-01350-BAM              2